AMERICAN ARBITRATION ASSOCIATION
Commercial Arbitration Tribunal

NEW YORK YANKEES PARTNERSHIP and
LEGENDS HOSPITALITY, LLC
    *Claimants,*

              v.                  Case No. 01-19-0004-1528

WALTER HASS
    *Respondent.*

**AWARD OF ARBITRATORS**

WE, THE UNDERSIGNED ARBITRATORS, having been designated in accordance with the arbitration agreement entered into by the parties, and dated June 22, 2017, and having been duly sworn, and having duly heard the proofs and allegations of the Claimants, represented by John P. Touhey, Esq., including the Claimants' dispute resolution proposal submitted in accordance with the terms of the Arbitration Agreements, and the Respondent having failed to appear or submit documents after due notice by mail and by electronic mail in accordance with the Rules of the American Arbitration Association, hereby AWARD as follows:

1.    In accordance with such arbitration agreement, the Arbitrators have determined that this Arbitration shall, and hereby is, fully and finally resolved in accordance with the Dispute Resolution Proposal of the Claimants, submitted to the Arbitrators on March 25, 2020, and accordingly, Respondent shall pay to Claimants the sum of $626,705.48 (Six Hundred Twenty-Six Thousand Seven Hundred Five Dollars and 48/100), per the Claimants' Dispute Resolution Proposal:

    a. Legends Suite License Agreement Fee Due for 2018 License Year including Interest = $43,934.40
    b. Legends Suite License Agreement Fee Due for 2019 License Year including Interest = $41,442.19
    c. Legends Suite Ticket Agreement Fee Due for 2018 License Year including Interest = $109,836.00
    d. Legends Suite Ticket Agreement Fee Due for 2019 License Year including Interest = $103,605.48
    e. Legends Suite Food and Beverage Agreement Fee Due Full Term, Interest Waived = $303,912.41
    f. Arbitration and Arbitrators Fees and Costs = $20,875.00
    g. Attorneys' and Professionals' Fees and Costs = $3,100.00

2.	0The administrative fees of the American Arbitration Association totaling $7,700.00 and the compensation of the Arbitrators totaling $13,175.00 shall be borne by the Respondent. Therefore, the Respondent shall reimburse the Claimants the sum of $20,875.00, representing that portion of said fees previously incurred and paid by Claimants, per item "f" of the Dispute Resolution Proposal of the Claimants.

3.	This Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims not expressly granted herein are, hereby, denied.

\_6 April 2020_____           /s/ Walter G.Gans_____
Date                                         Walter Gans, Arbitrator


_____             _____
Date                                         Gerald Harris, Arbitrator


_____             _____
Date                                         Eugene Farber, Arbitrator



I, Walter Gans, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

6 April 2020_____            /s/ Walter G.Gans_____
Date                                         Walter G Gans, Arbitrator


I, Gerald Harris, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.


_____             _____
Date                                         Gerald Harris, Arbitrator


I, Eugene Farber, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.


_____             _____
Date                                         Eugene Farber, Arbitrator

2. 0The administrative fees of the American Arbitration Association totaling $7,700.00 and the compensation of the Arbitrators totaling $13,175.00 shall be borne by the Respondent. Therefore, the Respondent shall reimburse the Claimants the sum of $20,875.00, representing that portion of said fees previously incurred and paid by Claimants, per item "f" of the Dispute Resolution Proposal of the Claimants.

3. This Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims not expressly granted herein are, hereby, denied.

_6 April 2020_____            /s/ Walter G.Gans
Date                                                                   Walter Gans, Arbitrator

6 April, 2020
Date                                                                   Gerald Harris, Arbitrator

_____         _____
Date                                                                   Eugene Farber, Arbitrator

I, Walter Gans, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

_6April 20_____                               /s/Walter G Gans
Date                                                                   Walter G Gans, Arbitrator

I, Gerald Harris, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

April 6, 2020
Date                                                                   Gerald Harris, Arbitrator

I, Eugene Farber, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

_____         _____
Date                                                                   Eugene Farber, Arbitrator

2. The administrative fees of the American Arbitration Association totaling $7,700.00 and the compensation of the Arbitrators totaling $13,175.00 shall be borne by the Respondent. Therefore, the Respondent shall reimburse the Claimants the sum of $20,875.00, representing that portion of said fees previously incurred and paid by Claimants, per item "f" of the Dispute Resolution Proposal of the Claimant.

3. This Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims not expressly granted herein are, hereby, denied.

_____   _____
Date                          Walter Gans, Arbitrator


_____   _____
Date                          Gerald Harris, Arbitrator

_____   _____
Date  4/6/20                  Eugene Farber, Arbitrator


I, Walter Gans, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.


_____   _____
Date                          Walter Gans, Arbitrator


I, Gerald Harris, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.


_____   _____
Date                          Gerald Harris, Arbitrator


I, Eugene Farber, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

_____   _____
Date  4/6/20                  Eugene Farber, Arbitrator