# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK YANKEES PARTNERSHIP; and
LEGENDS HOSPITALITY, LLC

    *Petitioner*

         v.

WALTER HASS
    *Respondent.*

Civil Action No.: 1:20-cv-5499

**NOTICE OF PETITION**

---

**PLEASE TAKE NOTICE,** that upon the accompanying Rule 56.1 Statement, Declaration of John P. Touhey, Esq., dated November 19, 2020 and the Memorandum of Law in support of the motion, the undersigned will move before the Honorable Lewis A. Kaplan, District Judge, United States District Court for the Southern District of New York, at the Federal Courthouse, 40 Foley Square, New York, New York, on such date and time as may be set by the Court, for an Order pursuant to Fed. R. Civ. P. 56 confirming the Arbitration Award, which is annexed to the Petition.

Dated: Buffalo, New York
November 19, 2020

THE LAW OFFICE OF
JOHN P. TOUHEY, PLLC

/s/: John P. Touhey
John P. Touhey
Attorney for Petitioner
10 Lafayette Square, #1602
Buffalo, New York 14203
(716) 427-8770
*John.touhey@touheylaw.com*

*[Handwritten endorsement:]* Motion granted. The Clerk shall enter judgment confirming the arbitration award and close the case.

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
12/16/2020