UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW YORK YANKEES PARTNERSHIP; and
LEGENDS HOSPITALITY, LLC,

                      Petitioners,

        -against-

WALTER HASS,

                Respondent.
------------------------------------------------------------X

20 **CIVIL** 5499

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated December 16, 2020, the motion is granted and the arbitration award is confirmed; accordingly, the case is closed.

**Dated**: New York, New York
       December 16, 2020

                                     **RUBY J. KRAJICK**
                                       **Clerk of Court**
                     **BY:**
                                         **Deputy Clerk**